UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

U.S. COURTS

SEP 09 2025

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

VICKIE SMITH and TOCHUKWU GODWIN NWANERI, aka DR. SIMON GODWIN, TOCHIL NWANERI,

Defendants.

Case No. 1:25cr272 BLW

**ORDER TO SEAL INDICTMENT**

The motion to seal the indictment filed by the United States is GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the indictment in this case except when necessary to provide copies of the indictment to the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's Office, that the United States Marshals Service is to release copies of the arrest warrant to the case agent or other appropriate law enforcement agency and/or to the United States Attorney's Office without further order of the Court.

It is further ordered that the United States Marshals Service or other appropriate law enforcement agency may enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database without further order of the Court.

It is further ordered that the United States may disclose the existence of the indictment in any search and seizure warrant applications or other applications to the Court to be executed in conjunction with the arrest of the defendant(s).

ORDER TO SEAL - 1

The Clerk is further ordered to unseal the indictment and related criminal coversheet without any further Order of the Court as soon as any named defendant in the indictment is taken into custody.  The Clerk is ordered to provide copies of the indictment and related criminal coversheet without any further Order of the Court to defense counsel, their agents and employees as soon as the named defendant whom defense counsel represents, or will represent as court-appointed counsel, is taken into custody.

IT IS SO ORDERED.

Dated: September 9, 2025.

_____
Chief United States Magistrate Judge
RAYMOND E. PATRICCO