# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Tochukwu Godwin Nwaneri | **CASE INFORMATION:** |
| **JUVENILE:** No | **RELATED COMPLAINT:** No |
| **PUBLIC or SEALED:** Sealed | **CASE NUMBER:** 1:25cr272 BLW |
| **SERVICE TYPE:** Warrant | |
| (Summons/ Warrant/ Notice) | |
| **ISSUE:** | **County of Offense:** |
| **INTERPRETER:** No | |
| If YES, language: | |

*U.S. COURTS SEP 0 9 2025 Rcvd___ Filed___ Time___ STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO*

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

**Felony:** Yes    **Class A Misdemeanor:** ___
**Class B or C Misdemeanor:** ___
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 1343 | TWO through TWENTY-NINE | Wire Fraud | 20 years, 3 years supervised release, $250,000.00 fine, $100 Special Assessment |
| 18 U.S.C. § 1956(h) | THIRTY | Money Laundering Conspiracy | Up to 20 years prison, up to a $500,000 fine or twice the value of the property involved in transaction, up to 5 years supervised release, $100 Special Assessment |
| 18 U.S.C. § 1957 | THIRTY-ONE through SEVENTY-ONE | Money Laundering | 10 years imprisonment; $250,000 fine or twice the value of the property involved in the transaction; 3 years supervised release; $100 Special Assessment. |
| 18 U.S.C. § 981(a)(1)(A) and (C), 18 U.S.C. § 982(a)(1), 28 U.S.C. § 2461(c) | | Money Laundering Forfeiture | Forfeiture of Listed Property |

| 18 U.S.C. § 981(a)(1)(C), 982(a); 28 U.S.C. 2461(c) | | Wire Fraud Forfeiture | Forfeiture of Listed Property |
|---|---|---|---|

Date: _____     Assistant U.S. Attorney: __BRITTNEY CAMPBELL__
                                                        Telephone No.: __(208) 334-1211__