BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
BRITTNEY CAMPBELL, NORTH CAROLINA STATE BAR NO. 31433
ASSISTANT UNITED STATES ATTORNEY
DARCI W. CRANE, IDAHO STATE BAR NO. 8852
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>VICKIE SMITH,<br><br>　　　　　Defendant. | Case No. 25-cr-00272-BLW<br><br>**MOTION FOR DETENTION** |

　　　The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, respectfully requests that pursuant to 18 U.S.C. § 3142(e) and (f), the Defendant, VICKIE SMITH, remain detained pending trial.

　　　Law enforcement arrested the Defendant and her co-defendant on September 13, 2025, at John F. Kennedy International Airport just prior to boarding an international flight to Morrocco, continuing on to Abuja, Nigeria. In accordance with Federal Rule of Criminal Procedure 5, the Defendant had an initial appearance in the Eastern District of New York on September 15, 2025.

MOTION FOR DETENTION - 1

Exhibit 1, *United States v. Smith et al*, 1:25-mj-000270-RML, Dkt. 10. The United States requested detention and filed a detention memo. Exhibit 2, *United States v. Smith et al*, 1:25-mj-000270-RML, Dkt. 7. The Defendant opposed detention and presented a bail package, that was opposed by the Government. *See* Exhibit 1. The hearing was continued to the following day. *Id.* At which time, the Defendant did not have an additional bail application to present, and the court ordered her detained. *See id.* Following the hearing, the Defendant was transported to the District of Idaho. The Defendant remains detained.

If the Defendant wishes to reopen the issue of pretrial detention, the Bail Reform Act requires her to provide the court with new and material information relating to whether there are conditions of release that will reasonably assure her appearance as required and the safety of any other person and the community. 18 U.S.C. § 3142(f). Alternatively, the Defendant may file a motion for revocation or amendment of the detention order with the District Court. 18 U.S.C. § 3145(b).

For these reasons, the Government requests that the Defendant remain detained pending trial in this case.

Respectfully submitted this 21st day of October, 2025.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By:

        */s/ Darci W. Crane*
        DARCI W. CRANE
        Assistant United States Attorney