# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:25−mj−00270−RML All Defendants

Case title: USA v. Smith et al                    Date Filed: 09/15/2025

Assigned to: Magistrate Judge Robert M. Levy

**Defendant (1)**

**Vickie Smith**        represented by   **Michael Daniel Weil**
                                         Federal Defenders of New York NY
                                         One Pierrepont Plaza
                                         16th Floor
                                         Brooklyn, Ste 16th Floor
                                         Brooklyn, NY 11201
                                         718−407−7413
                                         Email: michael_weil@fd.org
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*
                                         *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                       **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                           **Disposition**

None

Assigned to: Magistrate Judge Robert M. Levy

**Defendant (2)**

**Tochukwu Godwin Nwaneri**  represented by **Jeffrey Pittell**
*also known as*  Maher & Pittell, LLP
Dr. Simon Godwin  Suite 302
*also known as*  299 E. Shore Road
Tochil Nwaneri  Great Neck, NY 11023
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: CJA Appointment*

**Pending Counts**  **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**  **Disposition**

None

---

**Plaintiff**

USA  represented by **Andres Palacio**
 DOJ−USAO
 Eastern District of New York
 271A Cadman Plaza East
 Brooklyn, NY 11201
 718−254−6215
 Email: Andres.Palacio@usdoj.gov
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2025 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Vickie Smith. Defendant committed to District of Idaho.Ordered by Magistrate Judge Robert M. Levy on 9/16/2025. (DW) (Entered: 09/17/2025) |
| 09/16/2025 |  | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy:Detention Hearing as to Vickie Smith held on 9/16/2025. AUSA Andres Palacio present. Defendant present with FDNY Michael Weil. Defense counsel stated on the record that |

| | | |
|---|---|---|
| | | they did not have a bail application to present. Commitment order entered. Medical Memo entered. (Time Log #11:49−11:52 9/16/2025.) (DW) (Entered: 09/17/2025) |
| 09/16/2025 | 8 | Letter *re Detention Memo* as to Tochukwu Godwin Nwaneri (Palacio, Andres) (Entered: 09/16/2025) |
| 09/16/2025 | 7 | Letter *re Detention Memo* as to Vickie Smith (Palacio, Andres) (Entered: 09/16/2025) |
| 09/15/2025 | 6 | TEMPORARY COMMITMENT Issued as to Vickie Smith (SMY) (Entered: 09/16/2025) |
| 09/15/2025 | 5 | WAIVER of Rule 5(c)(3) Hearing by Vickie Smith (SMY) (Entered: 09/16/2025) |
| 09/15/2025 | 4 | CJA 20 as to Tochukwu Godwin Nwaneri: Appointment of Attorney Jeffrey Pittell for Tochukwu Godwin Nwaneri.. Ordered by Magistrate Judge Robert M. Levy on 9/15/2025. (SMY) (Entered: 09/16/2025) |
| 09/15/2025 | 3 | WAIVER of Rule 5(c)(3) Hearing by Tochukwu Godwin Nwaneri (SMY) (Entered: 09/16/2025) |
| 09/15/2025 | 2 | COMMITMENT TO ANOTHER DISTRICT as to Tochukwu Godwin Nwaneri. Defendant committed to District of District of Idaho.. Ordered by Magistrate Judge Robert M. Levy on 9/15/2025. (SMY) (Entered: 09/16/2025) |
| 09/15/2025 | | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy :Initial Appearance in Rule 5(c)(3) Proceedings as to Vickie Smith, Tochukwu Godwin Nwaneri held on 9/15/2025, Attorney Appointment of federal defender Michael Weil for defendant Vickie Smith, and cja counsel Jeff Pittell for defendant Tochukwu Godwin Nwaneri held on 9/15/2025. AUSA Andy Palacio. (Time Log #4;06−4;43.) Defendants arraigned on a removal complaint to the District of Idaho. Government seek detention as to both defendants, for reasons stated on the record. Defendant Nwaneri consent to removal in custody. Commitment Order to District of Idaho entered. Defense counsel for Smith presented a bail package. Gov't opposed. Bail hearing continued to 9/16/25 at 11am. Temporary order of detention entered as to dft Smith. Both defendants waived their identity hearing. Rule 5f order read into the record. (SMY) (Entered: 09/16/2025) |
| 09/15/2025 | 1 | RULE 40 AFFIDAVIT / removal complaint to the District of Idaho by USA as to Vickie Smith, Tochukwu Godwin Nwaneri. Signed by Judge Robert Levy dtd 9/15/25. (SMY) (Entered: 09/16/2025) |