# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒ Arraignment

| | |
|---|---|
| MAGISTRATE JUDGE: Raymond E. Patricco, Jr. | DATE: October 22, 2025 |
| DEPUTY CLERK/ESR: Brandi Fifer | TIME: 11:33 – 11:44 AM |
| Recorded in Courtroom 7 | Boise, ID |

### UNITED STATES OF AMERICA vs. Vickie Smith
1:25-cr-00272-BLW-1

Counsel for:  United States (AUSA): Darci Crane
Defendant: John Cacheris, Federal Defender
USPO: Jessica Kinsel

☒ Defendant appeared on a Warrant/Indictment.
☒ Defendant placed under oath.
☒ Constitutional Right to Counsel advised.
☒ Financial Affidavit reviewed/qualified and Court appointed the Federal Defender to represent the Defendant.
☒ Court reviewed the record.
☒ Defendant has received/reviewed the Indictment.
☒ Defendant advised of maximum penalties that could be imposed on offense.
☒ Constitutional Right to Jury Trial advised.

☒ Indictment   ☐ Information   ☐ Complaint

☒ Defendant understood charges and maximum penalties.

☐ Read by Clerk   ☒ Waived reading   ☐ Read by Interpreter

PLEA: **NOT GUILTY** plea entered by Defendant and asset forfeiture allegation denied.

☒ Counsel made elections to the Procedural Order. Out of district search warrant was issued. Government has no objection to it being disclosed.

☒ Notice given to Defendant and Counsel re *Due Process Protections Act.*

Jury Trial set for Monday, December 8, 2025 at 1:30 p.m. in Boise before Judge B. Lynn Winmill. A telephonic pre-trial readiness conference set for Tuesday, November 25, 2025 at 4:00 p.m. before Judge Winmill. Counsel for the Government is directed to initiate the call.

☒ The defendant had a detention hearing in the District of New York and that detention order stands.

☒ Defendant remanded to the custody of the U.S. Marshal.