UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

United States of America

Plaintiff

v.

Vickie Lynn Smith

Defendant

No. 1:25-cr-00272-BLW

**Defendant's Assertion of Fifth
and Sixth Amendment Rights**

I, the above-named Defendant, assert my rights under the Fifth and
Sixth Amendments of the United States Constitution, including but not limited
to my rights to remain silent and to have counsel present at all my interactions
with the government or others acting on the government's behalf. I do not wish
to, and will not, waive any of my constitutional rights except in the presence of
counsel. I do not wish to have, nor do I consent to, any contact with government
officials, state or federal, including but not limited to law enforcement agents,
except through my counsel. I do not want the government or others acting on
the government's behalf to question me, or to contact me seeking a waiver of
any rights, unless my counsel is present. The Government should so instruct
its agents. This applies to all legal matters and investigations.

Date: 10/21/25

_____
Defendant

_____
Counsel for Defendant

– 1 –