Nicole Owens
Federal Public Defender
John Cacheris
Assistant Federal Defender
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
(208) 331-5500

Attorneys for Vickie Smith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

Honorable B. Lynn Winmill

| United States of America | No. 1:25-cr-00272-BLW |
|---|---|
| Plaintiff | **Notice of Appearance and Assignment of Counsel** |
| v. | |
| Vickie Smith | |
| Defendant | |

– 2 –

Please take notice that John Cacheris of the Federal Defender Services of Idaho appears in this case on behalf of the defendant, Vickie Smith, and requests that all further papers and pleadings be served upon the undersigned attorney.

Dated: October 27, 2025  　　　　Nicole Owens
　　　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　　By:


　　　　　　　　　　　　　　　　<u>/s/ John Cacheris</u>
　　　　　　　　　　　　　　　　John Cacheris
　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　Federal Defender Services of Idaho
　　　　　　　　　　　　　　　　Attorneys for Vickie Smith

## Certificate of Service

I certify that I am an employee of the Federal Defender Services of Idaho, and that a copy of this document, including any attachments, was electronically served on the party or parties below.

    Brittney Campbell, Assistant U.S. Attorney
    Darci Crane, Assistant U.S. Attorney


Dated: October 27, 2025        /s/ Joy Fish
                                                  Joy Fish