Nicole Owens
Federal Public Defender
Heidi Johnson
Assistant Federal Defender
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
(208) 331-5500

Attorneys for Vickie Smith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

Honorable B. Lynn Winmill

| | |
|---|---|
| United States of America<br><br>          Plaintiff<br><br>     v.<br><br>Vickie Smith<br><br>          Defendant | No. 1:25-cr-00272-BLW<br><br>**Notice of Appearance and Association of Co-Counsel** |

– 2 –

Please take notice that Heidi Johnson of the Federal Defender Services of Idaho appears in this case as co-counsel on behalf of the defendant, Vickie Smith, and requests that all further papers and pleadings be served upon the undersigned attorney.

Dated: November 12, 2025

Nicole Owens
Federal Public Defender
By:


/s/ Heidi Johnson
Heidi Johnson
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Vickie Smith

## Certificate of Service

I certify that I am an employee of the Federal Defender Services of Idaho, and that a copy of this document, including any attachments, was electronically served on the party or parties below.

    Brittney Campbell, Assistant U.S. Attorney
    Darci Crane, Assistant U.S. Attorney

Dated: November 12, 2025    <u>/s/ Joy Fish</u>
                                        Joy Fish