Randi L. Johnson
Id. Bar No. 10739
GRAVIS LAW, PLLC
1309 W. Dean Avenue #100
Spokane, WA 99201
(509) 608-3083 Phone
(866) 419-9269 Fax
rjohnson@gravislaw.com
Attorney for Defendant
Vickie Smith

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>VICKIE SMITH,<br><br>        Defendant. | No.  1:25-CR-00272-BLW-1<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* |

Ms. RANDI L. JOHNSON, pursuant to D. Idaho Crim. R. 44.1(c), respectfully moves this Court for permission for Katryna Lyn Spearman, Esq., to enter into this case *pro hac vice* and, in support thereof, submits the following:

1. Ms. Spearman's phone number is 404.496.4952, and her office is located at 101 Marietta St. NW, Ste. 3650, Atlanta, GA 30303. D. Idaho Crim. R. 44.1(c).

2. Ms. Spearman is admitted to and is in good standing with the Courts listed in Exhibit A. *Id.*

MOTION FOR ADMISSION PRO HAC VICE - 1

        **GRAVIS LAW, PLLC**
        **1309 W. Dean, Suite 100**
        Spokane, WA  99201
        (509) 608-3083/(866) 419-9269 fax

3. Ms. Spearman is associated with local attorney Randi L. Johnson, whose phone number is 509.608.3083, and her office is located at 1309 W. Dean Avenue, Ste. 100, Spokane, WA 99201. *Id.*

4. Ms. Spearman must appear in this matter on behalf of Ms. Smith as her attorney of choice. L. Civ. R. 83.4.

5. Ms. Spearman certifies that she has no pending disciplinary sanctions from any court or bar association. *Id.*

Date:   February 6, 2026

                                    Respectfully submitted,

*s/ Randi L. Johnson*
Randi L. Johnson, Esq.
Id. Bar No. 10739

Gravis Law, PLLC
1309 W. Dean Avenue, Ste. 100
Spokane, WA 99201
509.608.3083
Attorney for Defendant
Vickie Smith

MOTION FOR ADMISSION PRO HAC VICE - 2

**GRAVIS LAW, PLLC**
1309 W. Dean, Suite 100
Spokane, WA  99201
(509) 608-3083/(866) 419-9269 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2026, I electronically filed the foregoing MOTION FOR ADMISSION PRO HAC VICE with the Clerk of the United States District Court for the District of Idaho by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:     February 6, 2026

                                                Respectfully submitted,

                                                *s/ Randi L. Johnson*
                                                Randi L. Johnson, Esq.

# EXHIBIT A

5/06
Form: Pro Hac Vice

# IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| United States of America ) | Case No. 1:25-CR-00272-BLW-1 |
| ) | |
| v.                        ) | APPLICATION FOR ADMISSION |
| Vickie Smith              ) | PRO HAC VICE |
| ) | |
| ) | |
| _____) | Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Katryna Lyn Spearman, Esq._____, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Vickie Smith_____.

The applicant hereby attests as follows:

1. Applicant resides in Atlanta, GA_____, and practices at the following address and phone number 101 Marietta St. NW, Ste. 3650, Atlanta, GA 30303, (404) 496-4952_____

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:                                           Dates:
See attached.

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Randi L. Johnson_____, a member in good standing of the bar of this court, of the firm of Gravis Law, PLLC_____, practices at the following office address and phone number: 1309 W. Dean Avenue, Ste. 100, Spokane, Washington 99201, (509) 608-3083

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 06 day of February, 2026.

s/Katryna Lyn Spearman, Esq._____    s/Randi Johnson, Esq._____
Applicant                                       Designee

Signed under penalty of perjury.



# Supreme Court
# State of Georgia

NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

October 8, 2025

I hereby certify that Katryna Lyn Spearman, Esq., was admitted on the 15th day of September, 2021, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk

## Court Admissions- Katryna Lyn Spearman

| Court | Admission Date | Status |
|---|---|---|
| Supreme Court of the United States | 08/31/2022 | Active |
| US Court of Appeals for the Third Circuit | 04/30/2021 | Active |
| US Court of Appeals for the Fourth Circuit | 03/19/2019 | Active |
| US Court of Appeals for the Sixth Circuit | 04/30/2019 | Active |
| US Court of Appeals for the Seventh Circuit | 07/12/2019 | Active |
| US Court of Appeals for the Tenth Circuit | 07/09/2019 | Active |
| US Court of Appeals for the Eleventh Circuit | 09/05/2018 | Active |
| US District Court for the Eastern District of Arkansas | 07/01/2021 | Active |
| US District Court for the Western District of Arkansas | 07/01/2021 | Active |
| US District Court for the District of Colorado | 05/21/2020 | Active |
| US District Court for the Middle District of Georgia | 09/24/2018 | Active |
| US District Court for the Northern District of Georgia | 08/06/2018 | Active |
| US District Court for the Southern District of Georgia | 10/23/2018 | Active |
| US District Court for the Central District of Illinois | 04/28/2021 | Active |
| US District Court for the Eastern District of Michigan | 01/03/2023 | Active |
| US District Court for the Western District of Michigan | 06/08/2021 | Active |
| US District Court for the District of Nebraska | 02/17/2021 | Active |
| US District Court for the District of New Mexico | 03/08/2022 | Active |
| US District Court for the District of North Dakota | 2019 | Active |
| US District Court for the Eastern District of Oklahoma | 07/23/2021 | Active |
| US District Court for the Western District of Tennessee | 06/06/2019 | Active |

| | | |
|---|---|---|
| US District Court for the Eastern District of Texas | 2022 | Active |
| US District Court for the Northern District of Texas | 04/13/2022 | Active |
| US District Court for the Southern District of Texas | 03/31/2022 | Active |
| US District Court for the Western District of Texas | 11/07/2022 | Active |
| US District Court for the Eastern District of Wisconsin | 04/11/2024 | Active |
| Supreme Court of Georgia | 09/15/2021 | Active |
| Superior Courts of Georgia (Bar No. 616038) | 04/24/2018 | Active |