Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Murdoch Walker, II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

Lowther | Walker, LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

Randi L. Johnson, Esq.
Idaho Bar # 10739
rjohnson@gravislaw.com

Gravis Law, PLLC
1309 W. Dean Avenue, Ste. 100
Spokane, WA 99201
O 509.608.3083

Attorneys for Defendant
Vickie Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>    v.<br><br>VICKIE SMITH<br><br>        Defendant. | Case No. 1:25-CR-00272-BLW-1<br><br>UNOPPOSED MOTION TO CONTINUE JURY TRIAL AND ALL ASSOCIATED DEADLINES AND HEARINGS |

1

Ms. VICKIE SMITH, pursuant to 18 U.S.C. § 3161(h), respectfully moves this Court to continue the jury trial that is currently set for March 30, 2026, and all associated deadlines, for a period of not less than forty-five days.

## I.    Relevant Procedural History

On September 9, 2025, a federal grand jury in this district indicted Ms. Smith on one count of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349, twenty-eight counts of wire fraud in violation of 18 U.S.C. § 1343, one count of money laundering conspiracy in violation of 18 U.S.C. § 1956(h), and forty counts of money laundering in violation of 18 U.S.C. § 1957. (Indictment, ECF No. 4)

On November 21, 2025, this Court set a trial date for March 30, 2026, a trial readiness conference date for March 19, 2026, and a deadline for pretrial motions for February 27, 2026. (Order, ECF No. 29.)

On February 6, 2026, Randi Lee Johnson, Esq., filed a notice of attorney appearance, and Murdoch Walker, II, Esq., and Katryna Lyn Spearman, Esq., filed motions for admission *pro hac vice* with this Court. (ECF Nos. 44, 45, and 46.) On that same day, this Court granted Mr. Walker and Ms. Spearman's motions for admission *pro hac vice*. (Order, ECF No. 47.)

## II.    Factual Assertions

Ms. Johnson, Mr. Walker, and Ms. Spearman have only recently been retained to represent Ms. Smith. Given that Ms. Smith has been charged with seventy distinct counts, Ms. Smith's attorneys anticipate that a forty-five-day continuance will be necessary to

exercise due diligence in reviewing the discovery prior to the pretrial motions deadline and to effectively prepare either for trial or engage in meaningful negotiations toward a potential pretrial resolution.

### III.     Memorandum of Law

The Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, excludes from the time in which a trial must commence:

> . . . . [a]ny period of delay resulting from a continuance granted by any judge . . . at the request of the defendant . . . if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial . . . . The factors, among others, which [this Court] shall consider in determining whether to grant a continuance [include] . . . [w]hether the failure to grant . . . a continuance . . . would deny counsel for the defendant or . . . the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

18 U.S.C. §§ 3161(h)(7)(A); (B)(iv). Ms. Smith submits that the ends of justice served by a forty-five-day continuance will outweigh her and the public's interest in a speedy trial, and that all parties have exercised due diligence in their preparations thus far. *Id.*

Ms. Smith additionally submits that Ms. Johnson, Mr. Walker, and Ms. Spearman were only recently retained as her counsel. Additional time is necessary for them to exercise due diligence in preparing for trial or in meaningful negotiations toward a potential pretrial resolution. This continuance would afford all parties the time necessary to prepare for a pretrial resolution or a jury trial.

## IV.      Opposing Party's Position

The Government <u>does not</u> oppose a continuance.

## V.      Conclusion

Ms. Smith, based on the foregoing factual assertions and argument, prays that this

Court continue the jury trial and all associated deadlines for a period of forty-five-days.

Date:          March 2, 2026

Respectfully submitted,

***<u>s/ Katryna Lyn Spearman</u>***
Katryna Lyn Spearman, Esq.

***<u>s/ Murdoch Walker, II</u>***
Murdoch Walker, II, Esq.

***<u>s/ Randi L. Johnson</u>***
Randi L. Johnson, Esq.