IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 1:25-CR-00272-BLW-1 |
| v. | UNOPPOSED MOTION TO CONTINUE JURY TRIAL AND ALL ASSOCIATED DEADLINES AND HEARINGS; [PROPOSED] ORDER |
| VICKIE SMITH | |
| Defendant. | |

Came on the motion of Ms. Smith to continue the jury trial and extend all associated deadlines and hearings in this matter. This Court has considered said motion, which is herein and hereby:

_____ GRANTED, and the jury trial is rescheduled to _____, 2026.

_____ DENIED.

IT IS SO ORDERED.

Signed on this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE

//End of Text //
Attorney Submitting: Katryna Lyn Spearman, Esq
Party Represented: Defendant Vickie Smith

5