UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VICKIE SMITH,<br><br>　　　　　　Defendant. | Case No. 1:25-cr-00272-BLW-1<br><br>**ORDER** |

The Court has before it Defendant Vickie Smith's third unopposed Motion to Continue (Dkt. 59). Counsel indicate that they need additional time because they have had difficulty communicating with Ms. Smith while she has been housed at Ada County Jail, substantially impeding any pretrial negotiations. Counsel asks for a continuance of no less than 60 days.

Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ."  Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. §

3161(h)(7)(A).  The statements of defense counsel establish that the trial should be reset on **August 17, 2026, at 1:30 p.m. <u>Mountain Time</u>** at the United States Courthouse in Boise, Idaho. The Court finds that the period of time between the filing of the Motion to Continue and the new trial date is excludable time under the Speedy Trial Act.

Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted."  No motion for severance has been granted in this case. Accordingly, pursuant to 18 U.S.C. § 3161(h)(6), the Court finds that the excludable time found for the defendant moving for a continuance also applies to defendant Tochukwu Godwin Nwaneri as well. Accordingly,

**IT IS ORDERED that**:

(1) The unopposed Motion to Continue (Dkt. 59) shall be, and the same is hereby **GRANTED.**

(2) The present trial date for defendants Smith and Nwaneri shall be **VACATED**, and a new trial shall be set for **August 17, 2026 at 1:30 p.m. <u>Mountain Time</u>** in the U.S. Courthouse in Boise, Idaho.

(3) The period of time between the filing of the Motion to Continue and the new trial date shall be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6) and (7)(A) & (B).

(4) The current trial readiness conference shall be VACATED, and a new trial readiness conference shall be conducted by telephone on **August 6, 2026 at**

**4:00 p.m. <u>Mountain Time</u>.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

(5) All pretrial motions shall be filed on or before **July 10, 2026.**

DATED: May 29, 2026

B. Lynn Winmill
United States District Judge