IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 1:25-CR-00272-BLW-1 |
| v. | |
| VICKIE SMITH | NOTICE OF APPEAL OF DETENTION ORDER AND MOTION FOR DETENTION HEARING; |
| Defendant. | [PROPOSED] ORDER |

Came on the motion of Ms. Smith to hold a detention hearing in the above captioned matter. This Court has considered said motion, which is herein and hereby:

_____ GRANTED, and the hearing will be held on _____, 2026.

_____ DENIED.

IT IS SO ORDERED.

Signed on this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE

//End of Text //
Attorney Submitting: Katryna Lyn Spearman, Esq
Party Represented: Defendant Vickie Smith

12