BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
BRITTNEY CAMPBELL, NORTH CAROLINA STATE BAR NO. 31433
ASSISTANT UNITED STATES ATTORNEY
DARCI W. CRANE, IDAHO STATE BAR NO. 8852
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>    vs.<br><br>VICKIE SMITH,<br><br>             Defendant. | Case No. 25-cr-00272-BLW<br><br>**MOTION TO CONTINUE THE GOVERNMENT'S RESPONSE TO THE MOTION TO REOPEN DETENTION** |

The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, respectfully requests the Court continue the deadline to respond to the Defendant's Motion to Reopen Detention (Dkt. No. 61, 62.) by 14 days. Defense counsel indicated that the Defendant does not object to this request.

The Defendant's Motion alleges that she is not receiving necessary medical care and that requests from her attorneys to authorities have gone unanswered. The Government reached out to the Bureau of Prisons (BOP) and U.S. Marshals Service (USMS) to obtain medical records and MOTION TO CONTINUE THE GOVERNMENT'S RESPONSE TO THE MOTION TO

REOPEN DETENTION - 1

correspondence. The responses include hundreds of pages of medical records from BOP, USMS, and the Ada County Jail, where the Defendant is currently in custody. The Government has not been able to locate any communications and has reached out to defense counsel to get additional information. The Government is requesting additional time to allow for review of the medical records and to determine what communication records are available.

The 14-day continuance would extend the Government's time to respond to July 14, 2026.

Respectfully submitted this 30th day of June, 2026.

BART M. DAVIS
UNITED STATES ATTORNEY
By:


 /s/ Darci W. Crane
 BRITTNEY CAMPBELL
 Assistant United States Attorney
 DARCI W. CRANE
 Assistant United States Attorney

MOTION TO CONTINUE THE GOVERNMENT'S RESPONSE TO THE MOTION TO REOPEN DETENTION - 2