Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Murdoch Walker, II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

Lowther | Walker, LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

Randi L. Johnson, Esq.
Idaho Bar # 10739
rjohnson@gravislaw.com

Gravis Law, PLLC
1309 W. Dean Avenue, Ste. 100
Spokane, WA 99201
O 509.608.3083

Attorneys for Defendant
Vickie Smith

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 1:25-CR-00272-BLW-1 |
| v. | NOTICE OF INTENT TO PLEAD GUILTY |
| VICKIE SMITH | |
| Defendant. | |

Ms. VICKIE SMITH respectfully notifies this Court of her intention to enter a plea of guilty pursuant to a negotiated and written plea agreement in the above-captioned matter. Ms. Smith requests that this Court vacate the jury trial currently scheduled for August 17, 2026, and all associated deadlines, and set her case for a change-of-plea hearing.

Date:          July 21, 2026

Respectfully submitted,

***s/ Katryna Lyn Spearman***
Katryna Lyn Spearman, Esq.

***s/ Murdoch Walker, II***
Murdoch Walker, II, Esq.

***s/ Randi L. Johnson***
Randi L. Johnson, Esq.