CRIMINAL PROCEEDINGS – **Change of Plea and Motion Hearing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Magistrate Judge: Raymond E. Patricco
Courtroom Deputy/ESR: Sunny Trumbull

Date: August 20, 2026
Time: 11:11 a.m. – 12:17 p.m.
Location: Boise, ID

**UNITED STATES OF AMERICA vs. VICKIE SMITH**
Case No. 1:25-cr-272-BLW

Counsel for the United States: Brittney Campbell and Darci Crane
Counsel for the Defendant: Katryna Spearman, retained
Probation: Collin Graf

Defendant placed under oath.
(X) Waiver of Right to District Judge executed.
Defendant found competent to enter a knowing and voluntary plea.
Defendant is satisfied with representation of counsel.
Government stated for the record the elements and evidence of the charge(s).
Defendant advised of the sentencing guidelines and maximum penalties.
Defendant's Constitutional Rights explained.
Defendant agrees with the elements of the charge(s) as stated by the Government.
Plea Agreement discussed and Defendant understands the terms of the agreement.
Defendant and counsel advised the change of plea is voluntary, all potential defenses have been discussed and Defendant fully understand the rights which are being waived.
Defendant entered a plea of guilty to Counts 1 and 30 of the Indictment.
Plea accepted by the Court.

**Sentencing set before Judge B Lynn Winmill: December 15, 2026 at 11:00 a.m.**
Court ordered a presentence investigation report.

Original Report to Counsel: November 3, 2026
Notification of Objections: November 17, 2026
Final Report Due: December 1, 2026

Any motions for departure, sentencing memorandums or letters in support must be filed 7 days prior to the sentencing hearing. Sentencing hearing is scheduled for 1 hour.

(X) Report and Recommendation shall be entered.

The Government requested the defendant remain detained. Defendant rested on her motion filed in the case. Ms. Spearman presented argument to the Court in support of defendant's release and asked that should the Court order the defendant detained, that she be transferred to a federal facility. Ms. Crane presented argument to the Court in support of defendant's detention and did not have any objection to defendant's transfer to a federal facility.

The Court did not find clear and convincing evidence that the defendant will not flee; therefore, the defendant shall remain detained. The Court recommended the defendant be moved to SeaTac, or FDC Phoenix as an alternative, and will incorporate that in the report and recommendation for the change of plea.